UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LESTER J. BAMBINO, JR., <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES; SIOUX FALLS, SOUTH DAKOTA DEPARTMENT OF VETERANS AFFAIRS; SOUTH DAKOTA DEPARTMENT OF LABOR; JANSSEN & SON; PEOPLEASE CORP.; ARCH INS; SOUTH DAKOTA MEDICAL BOARD; and SOUTH DAKOTA STATE BAR, <br><br> Defendants. | 18-4079 <br><br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed on this day with the Clerk,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff's claims against the United States, the Sioux Falls, South Dakota Department of Veterans Affairs, the South Dakota Department of Labor, Janssen and Son, Peoplease Corp, and Arch Ins are DISMISSED with prejudice; and

2. Plaintiff's claim against defendants South Dakota Medical Board and South Dakota Bar Association are DISMISSED without prejudice.

Dated this 21st day of December, 2018.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK